IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WENDY WAUGH                                                    PETITIONER
ADC #762582

V.                    CASE NO. 5:19-CV-15-JM-BD

PHYLLIS SILAS                                                  RESPONDENT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. No objections have been filed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Petitioner Wendy Waugh's petition for writ of habeas corpus (#1) is DISMISSED, without prejudice, this 8th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE