IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WENDY WAUGH                                                        PETITIONER
ADC #762582

V.                          CASE NO. 5:19-CV-15-JM-BD

PHYLLIS SILAS                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 8th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE